IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JASON EMANUEL SPARKS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-221 (MTT) |
| Doctor CHIQUITA A. FYE, *et al.*, | ) |
| Defendants. | ) |

### ORDER

United States Magistrate Judge Charles H. Weigle recommends granting the Defendants' motion for summary judgment. (Doc. 58). The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Defendants' motion for summary judgment (Doc. 55) is **GRANTED**.

**SO ORDERED**, this 8th day of February, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT